IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pratts, Gem C

Printed: 10/9/07

Case Number: 06 B 04105
Judge: Goldgar, A. Benjamin
Filed: 4/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2007
Confirmed: June 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,000.00 |  |
| Secured: |  | 9,616.81 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,788.00 |
| Trustee Fee: |  | 595.18 |
| Other Funds: |  | 0.01 |
| Totals: | 12,000.00 | 12,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 425.00 | 0.00 |
| 2. | Thomas R Hitchcock | Administrative | 1,788.00 | 1,788.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Bmw Of North America | Secured | 0.00 | 0.00 |
| 5. | JP Morgan Chase Bank | Secured | 6,157.51 | 2,115.14 |
| 6. | Preferred Credit | Secured | 573.92 | 197.90 |
| 7. | HomeComings Financial Network | Secured | 34,811.65 | 7,303.77 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 8,992.42 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 5,580.06 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 2,879.51 | 0.00 |
| 11. | Preferred Credit | Unsecured | 97.49 | 0.00 |
| 12. | Northern Leasing System | Unsecured | 1,340.13 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 1,354.15 | 0.00 |
| 14. | American Express Travel Relate | Unsecured | 1,464.75 | 0.00 |
| 15. | Galway Financial Service | Unsecured | 1,203.90 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 423.60 | 0.00 |
| 17. | National Capital Management | Unsecured | 1,044.37 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 4,126.22 | 0.00 |
| 19. | Progressive Management Systems | Unsecured | 368.54 | 0.00 |
| 20. | Paragon Way Inc | Unsecured | 2,014.85 | 0.00 |
| 21. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 22. | Michelle Pratts | Priority |  | No Claim Filed |
| 23. | Preferred Credit | Unsecured |  | No Claim Filed |
| 24. | Credit Recovery | Unsecured |  | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Pratts, Gem C | Case Number: 06 B 04105 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/9/07 | Filed: 4/13/06 |

| | | | | |
|---|---|---|---|---|
| 26. | MRSI | Unsecured | | No Claim Filed |
| 27. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Chase | Unsecured | | No Claim Filed |
| 30. | American General Finance | Unsecured | | No Claim Filed |
| 31. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 32. | RMI/MCSI | Unsecured | | No Claim Filed |
| 33. | RMI/MCSI | Unsecured | | No Claim Filed |
| 34. | RMI/MCSI | Unsecured | | No Claim Filed |
| 35. | RMI/MCSI | Unsecured | | No Claim Filed |

$ 74,646.07    $ 11,404.81

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 26.20 |
| 5% | 216.18 |
| 4.8% | 288.00 |
| 5.4% | 64.80 |

$ 595.18

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_